## KENT ag$^t$ PHILLIPS

William Kent plaint. ag$^t$ Henry Phillips Defend$^t$ in an action of debt for Eleven pound in money due for Rates s$^d$ Kent paid for s$^d$ Phillips to the Town of Boston in the yeares. 1676. & 1677. which Summe should have been paid by the s$^d$ Phillips as Rates due for his house which the s$^d$ Kent now liveth in as shall appeare under the

hands of the Select men of Boston w[th] other due damages &c. . . . The Jury . . . found for the plaint. Eleven pounds and costs of Court. Afterwards both partys by joint consent refer'd the finall issue of this case and the abovewritten (relating to m[r] Kent his payment of his Rent) unto the Bench who determin[d] that m[r] Kent have five pounds allow[d] him in full for Rates p[d] by him, and that hee pay the Rent due to m[r] Phillips, each person bearing theire own charge.